UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | 08 CR 10 02 8 RCL |
| | CRIMINAL NO. _____ |
| | VIOLATION |
| v. | 18 U.S.C. § 2252(a)(2) |
| | Receipt of Child |
| | Pornography |
| HARRIS TAUBMAN | 18 U.S.C. § 2252(a)(4)(B) |
| | Possession of Child |
| | Pornography |
| | 18 U.S.C. § 2253 |
| | Criminal forfeiture |

**INDICTMENT**

**COUNTS ONE - THREE**: 18 U.S.C. § 2252(a)(2) - Receipt of Child Pornography

The Grand Jury charges that:

On or about the dates listed below, within the District of Massachusetts,

HARRIS TAUBMAN

defendant herein, knowingly received visual depictions that had been mailed, shipped and transported in interstate and foreign commerce, and which contained materials which had been so mailed, shipped and transported, by any means including by computer, the producing of such visual depictions having involved the use of minors engaging in sexually explicit conduct and such depictions being of such conduct, that is: HARRIS TAUBMAN received the computer files indicated below which contained visual depictions of minors under the age of 18 years engaging in sexually explicit

1

conduct as defined in Title 18, United States Code, Section 2256(2):

| Count No. | Date | Image Name |
|---|---|---|
| 1 | on or about 07/19/07 | IrisaPart1.avi |
| 2 | on or about 07/20/07 | WaynesWall.mpg |
| 3 | on or about 08/12/07 | Dad_N_Son_69.mpeg |

All in violation of Title 18, United States Code, Section 2252(a)(2).

**COUNT FOUR**: 18 U.S.C. § 2252(a)(4)(B)- Possession of Child Pornography

The Grand Jury further charges that on or about August 13, 2007, within the District of Massachusetts,

HARRIS TAUBMAN

defendant herein, knowingly possessed one or more books, magazines, periodicals, films, video tapes, and other matter which contained any visual depiction that had been mailed, shipped and transported in interstate and foreign commerce, and which was produced using materials which had been so mailed, shipped and transported, by any means including by computer, the producing of such visual depiction having involved the use of a minor engaging in sexually explicit conduct and such visual depiction being of such conduct; that is: HARRIS TAUBMAN knowingly possessed a computer and computer media which contained visual depictions of minors engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2).

All in violation of Title 18, United States Code, Section 2252(a)(4)(B).

## FORFEITURE ALLEGATION
(18 U.S.C. § 2253)

1.   The allegations of Counts One through Four of this indictment are hereby re-alleged and are incorporated herein by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 2253.

2.   Upon conviction of the offenses in violation of 18 U.S.C. § 2252 set forth in Counts One through Four of this indictment, HARRIS TAUBMAN, the defendant herein, shall forfeit to the United States all interest in any visual depictions which were produced, transported, mailed, shipped, or received in violation of law; all property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and all property, real or personal, used or intended to be used to commit, or to promote the commission of the offenses, pursuant to 18 U.S.C. § 2253.  The property to be forfeited includes, but is not limited to, computers and computer media seized on or about August 29, 2007.

3.   If any of the property described in Paragraph 2 above, as a result of any act or omission of the defendant -

>   (1) cannot be located upon the exercise of due diligence;

>   (2) has been transferred or sold to, or deposited with,

    a third party;

    (3) has been placed beyond the jurisdiction of the court;

    (4) has been substantially diminished in value; or

    (5) has been commingled with other property which cannot be divided without difficulty;

the court shall order, pursuant to 18 U.S.C. § 2253(o), the forfeiture of any other property of the defendant up to the value of the property described above.

  All in accordance with Federal Rule of Criminal Procedure 32.2 and Title 18, United States Code, Section 2253.

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

_____
ASSISTANT UNITED STATES ATTORNEY

DISTRICT OF MASSACHUSETTS; February 13, 2008

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK