Prob12B
(7/93)

# United States District Court
## for the District of Massachusetts

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

**Name of Offender:** Harris Taubman     **Case Number:** 08CR10028

**Name of Sentencing Judicial Officer:** The Honorable William G. Young, U.S. District Judge

**Date of Original Sentence:** March 26, 2009

**Original Offense:** Receipt of Child Pornography, in violation of 18 U.S.C. § 2252(a)(2); and Possession of Child Pornography, in violation of 18 U.S.C. § 2252(a)(4)(B)

**Original Sentence:** 84 months in custody, followed by 120 months of supervised release

**Type of Supervision:** Supervised Release     **Date Supervision Commenced:** To Commence on May 15, 2104

---

### PETITIONING THE COURT

[ ]  To extend the term of supervision for years, for a total term of years
[X]  To modify the conditions of supervision as follows:

The defendant is to reside at a Residential Reentry Center and observe the rules of that facility for a period of up to six (6) months, or until he secures adequate housing as approved by the Probation Office.

### CAUSE

The defendant is presently in the custody of the Bureau of Prisons at the Coolidge House. He is scheduled to release from custody on May 15, 2014 and has yet to identify an approved release residence. In an effort to avoid the defendant being homeless upon his release from custody, he has signed the attached Waiver of Hearing to Modify Conditions of Supervised Release as noted above. This modification will allow the defendant to reside at the Coolidge House beyond his scheduled release date and for up to six (6) months, or until he is able to secure an approved residence.

Should Your Honor concur with the above noted modification of supervised release conditions, kindly indicate below.

Reviewed/Approved by:                              Respectfully submitted,

*/s/ Joseph LaFratta*                      By     *Lisa M. Paiva*
Joseph LaFratta                                   Lisa M. Paiva
Supervising U.S. Probation Officer                U.S. Probation Officer
                                                  Date: 4/16/14

Prob 12B — -2- — Request for Modifying the Conditions or Terms of Supervision with Consent of the Offender

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[✓] The Modification of Conditions as Noted Above
[ ] Other

*William G. Young*
Signature of Judicial Officer

April 17, 2014
Date

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF MASSACHUSETTS

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**The defendant is to reside at a Residential Re-Entry Center and observe the rules of that facility for a period of up to six (6) months, or until he secures adequate housing, as approved by the Probation Office.**

Witness: _____  Signed: _____
U.S. Probation Officer                     Probationer or Supervised Releasee

4/15/14
DATE