Prob12B
(7/93)

# United States District Court
## for the District of Massachusetts

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

**Name of Offender:** Harris Taubman   **Case Number:** 1:08cr10028-001

**Name of Sentencing Judicial Officer:** The Honorable William G. Young, U.S. District Judge

**Date of Original Sentence:** 3/26/2009

**Original Offense:** Receipt of Child Pornography, and Possession of Child Pornography, in violation of Title 18 U.S.C. § 2252 (a)(2) and 18 U.S.C. § 2252 (a)(4)(B)

**Original Sentence:** 84 months' custody, followed by 120 months' of supervised release

**Type of Supervision:** Supervised Release   **Date Supervision will Commence:** 4/10/2015

## PETITIONING THE COURT

[ ]   To extend the term of supervision for years, for a total term of years
[X]   To modify the conditions of supervision as follows:

**The defendant shall continue to reside at a Residential Re-Entry Center for a period of up to six (6) months, or until he can secure appropriate housing, as determined by the probation officer. While at the RRC, the defendant shall abide by the rules of the facility.**

## CAUSE

Mr. Taubman, is currently unemployed. Therefore at this time, he is unable to secure appropriate housing due to the lack of financial earnings.

On April 10, 2015, Mr. Taubman will fulfill his required time at the Coolidge House. However, due to Mr. Taubman's lack of financial means, he has nowhere to reside at this time. This led the underwriting probation officer to request the above stated modification of conditions.

The Probation Office and Mr. Taubman agree that continued placement at the Residential Re-Entry Center ("RRC") (Coolidge House) for up to an additional six months would provide Mr. Taubman with the necessary structure to be successful. He is looking forward to taking advantage of that opportunity in order to focus on permanent housing.

For the reasons discussed above, we respectfully request that Your Honor modify Mr. Taubman's conditions by adding the special condition providing an additional six months at the RRC placement. A Waiver of Hearing to Modify Conditions of Supervised Release was voluntarily signed by Mr. Taubman on April 1, 2015 and has been included with this request.

Prob 12B - 2 - **Request for Modifying the Conditions or Terms of Supervision with Consent of the Offender**

Reviewed/Approved by:

__/s/ Joseph LaFratta__
Joseph LaFratta
Supervising U.S. Probation Officer

By

Respectfully submitted,

__/s/ Marlenny Ramdehal__
Marlenny Ramdehal
U.S. Probation Officer
Date: 4/6/15

### THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[✓] The Modification of Conditions as Noted Above
[ ] Other

*William A. Young*
Signature of Judicial Officer

*April 7, 2015*
Date