AO 442 (Rev. 01/09) Arrest Warrant

FILED
IN CLERK'S OFFICE
2017 JUL 11 PM 1 48
U.S. DISTRICT COURT
DISTRICT OF MASS.

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) |
| v. | ) |
| HARRIS W. TAUBMAN | ) Case No.  08CR10028-WGY |
| | ) |
| Defendant | ) |

RECEIVED
2017 MAR 30 AM 11 08
U.S. MARSHALS SERVICE
BOSTON, MA

## ARREST WARRANT

To:   Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   HARRIS W. TAUBMAN                                                                                           ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☑ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:
   VIOLATION OF CONDITION(S) OF SUPERVISED RELEASE

Date:   03/30/2017
                                                                                    *Issuing officer's signature*

City and state:   Boston, Massachusetts                       Matthew A. Paine - Deputy Clerk
                                                                                    *Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____
                         WARRANT EXECUTED BY  USMS            *Arresting officer's signature*
                         BY ARREST/ARRAIGNMENT OF THE
                         DEFENDANT ON  4/13/2017
                                                              *Printed name and title*